# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

130214

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PAMELA L. WILLIAMS,
Robert P. Young, Jr.
Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

SC: 130214
COA: 254906
Wayne CC: 03-315615-NI

MICHAEL A. WHITFIELD,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

p0320